UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY L. WEIR,

        Plaintiff,

v.

JUSTICE McCONNELL, et. al.,

        Defendants.

No. C 13-1827 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The majority of acts complained of regard plaintiff's state habeas petitions that were issued in San Diego County, which lies within the venue of the United States District Court for the Southern District of California, and nearly all defendants reside there as well.[1] Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: April 30, 2013.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Weir1827.trn.wpd

---

[1] Plaintiff alleges that several state judges violated his due process rights by issuing summary habeas denials. All of the defendants are Appellate Judges of the Fourth Appellate District based in San Diego, except for the Chief Judge of the California Supreme Court based in San Francisco.